In the United States District Court
for the Eastern District of Pennsylvania

Gerrard R. Williams

v

Kevin Pistro, Warden FDC Phila.
    et al

## Notice of Intent

Comes Now, Gerrard Williams, Pro Se who hereby is serving his notice of intent to file suit against the above named parties for incidents complained of in previously filed Administrative Claims, namely SF-95 form # TRT NER 2021-03626 and SF-95 form # TFT NER 2021-04744. These claims were originally filed with the B.O.P. Regional office on 8/18/21 and 8/30/21 and the statute of limitations date of 2/18/22 is approaching. Mr. Williams cannot proceed with prosecuting at this time due to being transfered from facility to facility and his personal property including responses from the B.O.P. on these claims being held up by property management staff at the 3 different facilities Mr. Williams has been transported to in the last 6 months. Mr. Williams doese hereby request this Honorable Court to order the Clerk to record this

notice while Mr Williams prepares his lawsuit against the defendants.

Respectfully Submitted,

Gerrand Williams

Gerrand R. Williams
Pro Se Plaintiff
P.O. Box 567
Philadelphia, PA 19105

## CERTIFICATE OF SERVICE

I do hereby certify, under the penalty of perjury, that I have caused a copy of this Notice of Intent to file suit to be served via U.S. First Class Mail to the following party:

Clerk of the Court for
The United States District Court
601 Market Street
Philadelphia, PA 19106

Dated: Feburary 16, 2022

Signed: Gerrard Williams
Gerrard R. Williams
Pro Se Plaintiff

Case 2:22-cv-00671-JHS    Document 1    Filed 02/18/22    Page 4 of 4

Gerrand Williams 39236-007
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105

PHILADELPHIA PA 190

16 FEB 2022   PM 10 L

FOREVER / USA

Legal Mail

Clerk of the Court for
the U.S. District Court
601 Market Street
Philadelphia, PA 19106

RECEIVED

FEB 18 2022

19106-179699